# United States District Court
## Western District of North Carolina
## Asheville Division

| | | |
|---|---|---|
| **CARL JACK HALL,** | ) | JUDGMENT IN CASE |
| | ) | |
| Petitioner, | ) | 1:20-cv-00362 |
| | ) | 1:16-cr-00147-1 |
| vs. | ) | |
| | ) | |
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| Respondent. | ) | |

 DECISION BY COURT. This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's April 30, 2021 Order.

April 30, 2021

*Frank G. John*

Frank G. Johns, Clerk
United States District Court